HETTY S. PHILLIPS, Appellant, v. ABRAHAM L. OLTARSH, Respondent.

Submitted February 21, 1949; decided March 3, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 835.]

In the Matter of FRED MOUAKAD, Individually and on Behalf of Other Tenants of Hotel Martinique, Inc., Similarly Situated, Appellant, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission, et al., Respondents.

Submitted February 21, 1949; decided March 3, 1949.

*Myles B. Amend* for motion.
*David C. Lewis* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of the order appellant serves and files the required undertaking on appeal and pays $10 costs, and within twenty days from the date of the order appellant files the required record on appeal, in which events the motion is denied.